IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD S. SABATINI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 99-2393 |
| ROBERT REINSTEIN, ET AL. | : | |

**O R D E R**

**AND NOW**, this <u>   7th   </u> day of <u>   October   </u>, 2016, after a non-jury trial, and in accordance with the attached findings of fact and conclusions of law, this Court finds in favor of Defendants the James E. Beasley School of Law of Temple University and Temple University and against Plaintiff Donald S. Sabatini, and judgment is entered in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ **R. BARCLAY SURRICK, J.**